**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6302**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE COX**



EXHIBIT A

J.N.



http://portal.bodum.com/pic/picture.cfm?pic=1932-16.jpg&x=520&y=520



# EXHIBIT B



