AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

**07 C 6302**

Bodum USA, Inc.

CASE NUMBER:

V.

ASSIGNED JUDGE:

**JUDGE KENNELLY**
**MAGISTRATE JUDGE COX**

LaCafetiére, Inc.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
LaCafetiére, Inc.
c/o Brian W. Noon, Registered Agent
2756 A Weeping Willow Drive
Lisle, IL 60532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David E. Bennett
Chad A. Schiefelbein
Jared C. Jodrey
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(B.) DEPUTY CLERK                                    DATE

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**November 7, 2007**

**Date**

CHICAGO/#1707610.1

## RETURN OF SERVICE

| Service of this Summons and complaint was made by me[^(1)] | DATE _11/13/07_ |
|---|---|

| NAME OF SERVER (*PRINT*) ROBERT RUSCH | TITLE PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served _2756 A WEEPING WILLOW DR., LISLE, IL 60532_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATE OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/13/07___       _Robert Rusch_
                Date              *Signature of Server*

_27 N. WACKER DR, 195, CHICAGO, IL_
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.