## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
BODUM USA, INC.

vs.,

LaCAFETIÉRE, INC.

Case Number:  
07 C 6302

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

La Cafetiére, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Thomas G. Pasternak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas G. Pasternak | |
| FIRM | |
| DLA PIPER US LLP | |
| STREET ADDRESS | |
| 203 North LaSalle Street; Suite 1900 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06207512 | (312) 368-4065 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.  
www.USCourtForms.com

CHGO1\31126283.2