**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BODUM USA, INC.<br><br>vs.,<br><br>LaCAFETIÉRE, INC. | Case Number:<br>07 C 6302<br><br>Judge Matthew F. Kennelly<br><br>**JURY TRIAL DEMANDED** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

La Cafetiére, Inc.

| |
|---|
| NAME (Type or print)<br>Thomas G. Pasternak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas G. Pasternak |
| FIRM<br>DLA PIPER US LLP |
| STREET ADDRESS<br>203 North LaSalle Street; Suite 1900 |
| CITY/STATE/ZIP<br>Chicago,    IL    60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06207512 | TELEPHONE NUMBER<br>(312) 368-4065 |
|---|---|

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES ☒ | | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES ☒ | | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

CHGO1\31126283.3

American LegalNet, Inc.
www.USCourtForms.com