# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BODUM USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LaCAFETIÉRE, INC. )<br>)<br>Defendant. ) | )<br>)<br>)<br>)<br>)<br>) No. 07 C 6302<br>)<br>) Judge Matthew F. Kennelly<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## AGREED MOTION TO EXTEND TIME TO
## ANSWER OR OTHERWISE PLEAD

Defendant La Cafetiére, Inc. ("La Cafetiére"), through its attorneys, moves to extend the time for La Cafetiére to answer or otherwise plead, as follows:

1. Pursuant to Docket Entry No. 9, La Cafetiére must answer or otherwise plead by December 3, 2007.

2. The parties have agreed that La Cafetiére should have an extra fourteen (14) days, up to and including December 17, 2007, to answer or otherwise respond to plaintiff's Complaint.

3. Based on the foregoing, La Cafetiére respectfully requests that this Court enter an order granting La Cafetiére an additional fourteen (14) days, up to and including December 17, 2007, to answer or otherwise plead.

Dated: November 30, 2007

Respectfully Submitted,

By: /s/ R. David Donoghue                    By: /s/ David E. Bennett

    Thomas G. Pasternak                          David E. Bennett
    R. David Donoghue                            Chad A. Schiefelbein
    DLA Piper US LLP                             Jared C. Jodrey
    203 North LaSalle Street, Suite 1900         Vedder, Price, Kaufman & Kammholz, P.C.
    Chicago, Illinois 60601                      222 North LaSalle Street, Suite 2600
    (312) 368-4000                               Chicago, IL 60601-1003
                                                 (312) 609-7500

    *Attorneys for Defendant La Cafetiére, Inc.*

                                                 *Attorneys for Plaintiff Bodum USA, Inc.*