UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BODUM USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LaCAFETIÉRE, INC. <br><br> Defendant. | No. 07 C 6302 <br><br> Judge Matthew F. Kennelly <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, December 11, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant La Cafetiére will appear before the Honorable Judge Matthew F. Kennelly in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD.**

Respectfully Submitted,                                          Dated:  November 30, 2007

By: /s/ R. David Donoghue

　Thomas G. Pasternak
　R. David Donoghue
　DLA Piper US LLP
　203 North LaSalle Street, Suite 1900
　Chicago, Illinois 60601
　(312) 368-4000

　*Attorneys for Defendant La Cafetiére, Inc.*