## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6302 | **DATE** | 12/11/2007 |
| **CASE TITLE** | Bodum USA, Inc. Vs. LaCafetie're, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to extend time is granted. Response to complaint is to be filed by 12/17/07.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|