**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BODUM USA, INC.**, a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) Case No.  07-CV-06302 ) |
| v. | ) Judge Matthew F. Kennelly ) |
| **LA CAFETIÉRE, INC.**, an Illinois corporation, | ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant La Cafetiére, Inc., moves this Court to dismiss Plaintiff Bodum USA, Inc.'s amended complaint for failure to state a claim upon which relief can be based pursuant to Fed. R. Civ. P. 12(b)(6).  In support of its motion, La Cafetiére, Inc. incorporates the accompanying memorandum and states as follows:

1. On November 8, 2007, Plaintiff filed a three-count amended complaint against Defendant, La Cafetiére, Inc., seeking injunctive relief and damages and alleging trade dress infringement and state law claims regarding the configuration of its french-press coffee maker.

2. Plaintiff's amended complaint, however, fails to address the critical issue of non-functionality.  Because of this deficiency, plaintiff's amended complaint does not sufficiently allege a cause of action pursuant to the Lanham Act § 43(a), Illinois common law, or the Illinois Uniform Deceptive Trade Practices Act.

- 2 -

3. Defendant La Cafetiére respectfully requests that this Court enter an Order dismissing Plaintiff's amended complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), and grant such other relief as the Court may deem proper.

December 17, 2007                                                      Respectfully submitted,


                                                                        _/s/ R. David Donoghue_____
                                                                        Thomas G. Pasternak
                                                                        R. David Donoghue
                                                                        **DLA Piper US LLP**
                                                                        203 North LaSalle Street
                                                                        Suite 1900
                                                                        Chicago, Illinois 60601
                                                                        (312) 368-4000
                                                                        thomas.pasternak@dlapiper.com
                                                                        david.donoghue@dlapiper.com

                                                                        *Of counsel*

                                                                        Joseph C. Gioconda
                                                                        **DLA Piper US LLP**
                                                                        1251 Avenue of the Americas
                                                                        45th Floor
                                                                        New York, NY 10020
                                                                        (212) 335-4755
                                                                        joseph.gioconda@dlapiper.com

                                                                        *Attorneys for La Cafetiére, Inc.*