**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BODUM USA, INC.**, a Delaware Corporation, | ) ) ) | Case No. 07-CV-06302 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Matthew F. Kennelly |
| **LA CAFETIÉRE, INC.**, an Illinois corporation, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 20, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant La Cafetiére will appear before the Honorable Judge Matthew F. Kennelly in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present its **MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6).**

December 17, 2007                                                     Respectfully submitted,


                                                                       /s/ R. David Donoghue
                                                                      Thomas G. Pasternak
                                                                      R. David Donoghue
                                                                      **DLA Piper US LLP**
                                                                      203 North LaSalle Street
                                                                      Suite 1900
                                                                      Chicago, Illinois 60601
                                                                      (312) 368-4000
                                                                      thomas.pasternak@dlapiper.com
                                                                      david.donoghue@dlapiper.com

*Of counsel*

Joseph C. Gioconda
**DLA Piper US LLP**
1251 Avenue of the Americas
45th Floor
New York, NY 10020
(212) 335-4755
joseph.gioconda@dlapiper.com

*Attorneys for La Cafetiére, Inc.*