## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Bodum USA, Inc.
       Plaintiff,

v.             Case No.: 1:07−cv−06302
             Honorable Matthew F. Kennelly

LaCafetiere, Inc.
       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

  MINUTE entry before Judge Matthew F. Kennelly :Motion to dismiss [17] is terminated as moot. Plaintiff has leave to file amended complaint by 1/7/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.