IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BODUM USA, INC., <br><br>　　　　　Plaintiff, <br><br> v. <br><br> LaCAFETIERE, INC., <br><br>　　　　　Defendant. | No. 07 C 6302 <br><br> Judge:  Matthew F. Kennelly |

## NOTICE OF FILING

To:　Thomas Gerard Pasternak
　　　Robert David Donoghue
　　　DLA Piper US LLP
　　　203 North LaSalle Street, 20th Floor
　　　Chicago, IL 60601

　　　PLEASE TAKE NOTICE that on January 7, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached Second Amended Complaint for Infringement of Trade Dress and Unfair Competition, a true and correct copy of which is herewith served upon you.

Dated:  January 7, 2008　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　Bodum USA, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　By: s/David E. Bennett
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

David E. Bennett
Chad A. Schiefelbein
Jared C. Jodrey
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Firm ID No. 44284

CHICAGO/#1733256.1

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing Second Amended Complaint for Infringement of Trade Dress and Unfair Competition to be served upon:

Thomas Gerard Pasternak
Robert David Donoghue
DLA Piper US LLP
203 North LaSalle Street, 20th Floor
Chicago, IL 60601

by electronic means on January 7, 2008

                                                s/ David E. Bennett

                                                David E. Bennett