## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Bodum USA, Inc.
       Plaintiff,

v.              Case No.: 1:07−cv−06302
               Honorable Matthew F. Kennelly

LaCafetiere, Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

  MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held on 1/16/2008 with attorneys for both sides. Rule 26(a)(1) disclosures are to be made by 2/13/2008. Fact discovery ordered closed 12/1/2008. Rule 26(a)(2) disclosures are due by 1/16/2009 for plaintiff with burden of proof and 2/20/2009 for rebuttal disclosures. Expert discovery ordered closed 3/30/2009. Status hearing continued to 3/20/2008 at 09:00 AM. with attorneys by telephone. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.