**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BODUM USA, INC.,** <br> a Delaware Corporation, <br> <br> Plaintiff, <br> v. <br> <br> **LA CAFETIÉRE, INC.**, <br> an Illinois corporation, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br> <br> <br> <br> Case No. 07 CV 06302 <br> <br> Judge Matthew Kennelly <br> <br> **JURY DEMANDED** |

**DEFENDANT LA CAFETIÉRE, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), La Cafetiére, Inc. discloses that it is a wholly owned subsidiary of Greenfield Group Ltd., a United Kingdom entity which trades as La Cafetiére Ltd. La Cafetiére further discloses that no publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

 /s/ R. David Donoghue

Thomas G. Pasternak
R. David Donoghue
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
(312) 368-4000
thomas.pasternak@dlapiper.com
david.donoghue@dlapiper.com

*Attorneys for La Cafetiére, Inc.*