IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BODUM USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LaCAFETIERE, INC., <br><br> Defendant. | No. 07 C 6302 <br><br> Judge: Matthew F. Kennelly |

## NOTICE OF MOTION

To:　R. David Donoghue
　　　DLA Piper US LLP
　　　203 North LaSalle Street
　　　20th Floor
　　　Chicago, IL 60601

　　　PLEASE TAKE NOTICE, that on Tuesday, August 12, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his stead, at 219 South Dearborn Street, Room 2103, Chicago, Illinois, and then and there present the attached **MOTION FOR ENTRY OF PROTECTIVE ORDER**.

Dated: August 5, 2008

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Bodum USA, Inc.

　　　　　　　　　　　　　　　　　　　By: /s/Jared C. Jodrey
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

David E. Bennett
Chad A. Schiefelbein
Jared C. Jodrey
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

CHICAGO/#1824317.1

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing **MOTION FOR ENTRY OF PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

R. David Donoghue
DLA Piper US LLP
203 North LaSalle Street
20th Floor
Chicago, IL 60601

on August 5, 2008.

                                              /s/ Jared C. Jodrey