UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Bodum USA, Inc.
       Plaintiff,

v.             Case No.: 1:07−cv−06302
             Honorable Matthew F. Kennelly

LaCafetiere, Inc.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 18, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 9/18/2008, with attorneys for both sides. The parties are reminded of the existing discovery schedule. Status hearing set for 12/3/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.